# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| In Re: | Case No. 17-01646-lmj13 |
| Cory William Bennett | Chapter 13 |
| Debtor. | Judge Lee M. Jackwig |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                        7-1
Last 4 Digits of Account Number:   1372

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation | Home Point Financial Corporation |
| 4849 Greenville Avenue, Suite 800 | 11511 Luna Road, Suite 300 |
| Dallas, TX 75206 | Farmers Branch, TX 75234 |
| Phone: | Phone: |
| Email: | Email: |

| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
|---|---|
| Home Point Financial Corporation | Home Point Financial Corporation |
| f/k/a Stonegate Mortgage | PO Box 790309 |
| Payment Processing Center | St. Louis, MO 63179 |
| Phone: | Phone: |
| Email: | Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 24, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

John M VanDeVelde, Debtor's Counsel
bbankruptcy@gmail.com

Carol F Dunbar, Chapter 13 Trustee
cfdunbar@cfu.net

Office of the United States Trustee
ustpregion12.dm.ecf@usdoj.gov

I further certify that on April 24, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Cory William Bennett, Debtor
5134 N Division Street
Davenport, IA 52806

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com